AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Jacob Kellner as President and CEO of I & L Distributing Inc.

*Plaintiff(s)*

v.

Amazon.com, Amazon, Amazon Officers Directors and Shareholders

*Defendant(s)*

Civil Action No. 20-cv-6322 AMD-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon
C/O Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vincent F Spata Attorney at Law PLLC.
1275 74th Street
Brooklyn, NY 11228
Vincent F Spata Esq. (VS5030)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

12/30/2020

Date: ~~12/29/2020~~ XXXXXXX

Douglas C. Palmer
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

